# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO. 6:16-cr-00262-JA-DCI**

**LEONE ALFANO LA CAVA**

_____

## ORDER

Before the Court is Defendant Leone Alfano La Cava's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A).  (Doc. 243).

Under § 3582, "[a] challenge to a term of imprisonment is moot once that term has expired, but where a defendant is still serving other aspects of his sentence, e.g., paying a fine or serving a term of supervised release, [a challenge] related to that aspect of his sentence is not moot."  *United States v. Stevens*, 997 F.3d 1307, 1310 n.1 (11th Cir. 2021) (citations omitted).  La Cava's term of imprisonment expired August 29, 2024.  (*See* Bureau of Prisons Inmate Locator at https://www.bop.gov/inmateloc/ [https://perma.cc/L8V6-62AK] (last accessed on September 22, 2025)).  La Cava's motion does not challenge other aspects of his sentence.  (Doc. 243; *see* Doc. 251).  Thus, La Cava's motion for a sentence

reduction (Doc. 243) is **denied** as **moot**.

    **DONE** and **ORDERED** on September 23, 2025.

                                 JOHN ANTOON II
                                 United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Leone Alfano La Cava
Counsel for Defendant